■ ARTHUR BERRY, Appellant, v UTICA NATIONAL INSURANCE GROUP, Respondent, et al., Defendants. [874 NYS2d 851]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered April 21, 2008. The order and judgment granted the motion of defendant Utica National Insurance Group to dismiss the complaint against it.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.